**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | x | |
| In re: | : | |
| | : | Chapter 11 |
| SUNEDISON, INC., *et al.*, | : | Case No. 16-10992 (SMB) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| ------------------------------------------------------------------- | x | |
| | : | |
| OFFICIAL COMMITTEE OF UNSECURED | : | Adversary Proceeding |
| CREDITORS, on behalf of the estates of the Debtors, | : | No. 16-01228 (SMB) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| WELLS FARGO BANK, N.A., *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | x | |

## AMENDED STIPULATION AND AGREED SCHEDULING ORDER

WHEREAS, the Parties hereto entered into the Stipulation And Agreed Order (I) Setting

Briefing Schedule And Hearing Date On Defendants' Motions To Dismiss Amended Complaint;

And (II) Granting Leave With Respect To Page Limitations, which was granted by the Court on

November 21, 2016 (the "Original Stipulation") [A.P. Doc. No. 8].[1]

WHEREAS, the Creditors' Committee filed its Amended Adversary Complaint (the

"Amended Complaint") [A.P. Doc. No. 12] on November 21, 2016, which named certain

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Original Stipulation.

defendants not previously named in the original complaint, as set forth on <u>Schedules A</u> and <u>B</u>

hereto (the "<u>New Lender Defendants</u>").

WHEREAS, the Defendants filed their respective Motions to Dismiss on November 22,

2016 and the Committee filed its Opposition on December 27, 2016, pursuant to the terms of the

Original Stipulation.

WHEREAS, the Parties hereto expressly incorporate by reference all terms and

conditions set forth by the Original Stipulation into this Amended Stipulation and Agreed

Scheduling Order (the "<u>Amended Stipulation</u>"), except to the extent that any such term or

condition in the Original Stipulation is modified below.  For the avoidance of any doubt, all

terms and conditions set forth by the Original Stipulation, not otherwise modified below, remain

in full force and effect.

IT IS HEREBY STIPULATED by the Parties, through their undersigned counsel,

and subject to approval of the Court, that:

1. The Defendants shall file their respective Replies to the Opposition no later than 12:00 p.m. (EST) on January 20, 2017, and that the Defendants shall have leave to file Replies totaling 60 pages in the aggregate.

2. The New Lender Defendants shall file their respective Motions to Dismiss the Amended Complaint on January 24, 2017 (the "<u>New Lender Motions to Dismiss</u>"). The New Lender Motions to Dismiss shall address the argument that dismissal of the Amended Complaint as to the New Lender Defendants is warranted on grounds relating to whether the Creditors' Committee timely filed suit against the New Lender Defendants and shall not repeat the arguments made in the Motions to Dismiss previously filed.

3. The Creditors' Committee shall file its opposition to the New Lender Motions to Dismiss on January 31, 2017, and the New Lender Defendants shall file their respective replies to the Creditors' Committee opposition on February 3, 2017.  In the event the Creditors' Committee seeks or requests additional time to file its opposition to the New Lender Motions to Dismiss, the New Lender Defendants shall consent to such request and the New Lender Defendants shall then have two weeks after the filing of the opposition to file their respective replies.

4.  There shall not be any enlargements of the page limitations in connection with the New Lender Motions to Dismiss, and the opposition and reply briefing in response thereto.

5.  If the Creditors' Committee does not seek to extend the time to file its opposition to the New Lender Motions to Dismiss, the hearing on the New Lender Motions to Dismiss shall be held on February 7, 2017 at 10:00 a.m.


Dated: New York, New York
       January 10, 2017

By:/s/  Jeremy C. Hollembeak
Michael S. Kim
Jeremy C. Hollembeak
Benjamin J.A. Sauter
Sara B. Gribbon
Kobre & Kim LLP
800 Third Avenue
Telephone: (212) 488 1200
jeremy.hollembeak@kobrekim.com
benjamin.sauter@kobrekim.com
(*Special Counsel to the Creditors' Committee*)


By:/s/  Christopher Harris
Christopher Harris
Latham & Watkins
885 Third Avenue
New York, NY 10022
Telephone: (212)906-1880
christopher.harris@lw.com
(*Counsel to Defendant Wells Fargo Bank, N.A., in its individual capacity and as Administrative Agent for the Prepetition First Lien Facility*)


By:/s/  Douglas Baumstein
Scott Greissman
Douglas Baumstein
White & Case LLP
1156 Sixth Avenue
New York, NY 10036
Telephone: (212) 819-8200
sgresissman@whitecase.com
dbaumstein@whitecase.com
(*Counsel to Defendants Goldman Sachs Bank, USA, KeyBank National Association, Morgan Stanley Senior Funding, Inc., and BBVA Compass Bank and the New Lender Defendants set forth on Schedule A hereto*)

3

By:/s/  Leo T. Crowley
Leo Crowley
Dania Slim
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036
Telephone: (212) 858-1000
leo.crowley@pillsburylaw.com
*(Counsel to defendant Wilmington Savings Fund Society, FSB, in its capacity as successor Administrative Agent for the Prepetition Second Lien Facility)*


By:/s/  Andrew Goldman
Andrew Goldman
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8800
andrew.goldman@wilmerhale.com
*(Counsel to Defendant Wilmington Trust, National Association, in its capacity as Indenture Trustee for the Prepetition Second Lien Notes and Collateral Trustee under the Prepetition Security Agreement)*

By:/s/  Deborah J. Newman
Daniel H. Golden
David M. Zensky
Arik Preis
Deborah J. Newman
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
dgolden@akingump.com
apreis@akingump.com
dzensky@akingump.com
djnewman@akingump.com
*(Counsel to the Second Lien Lender Defendants including the New Lender Defendants set forth on Schedule B hereto)*

4

IT IS SO ORDERED:

Dated: New York, New York          /s/ STUART M. BERNSTEIN

      January 11th , 2017          Honorable Stuart M. Bernstein
                                                  UNITED STATES BANKRUPTCY JUDGE

## Schedule A

1. Bank of America Merrill Lynch

2. Bank of America, National Association

3. Barclays Bank PLC

4. Citicorp North America, Inc.

5. Citibank, N.A.

6. Credit Suisse AG Cayman Islands

7. Deutsche Bank AG Cayman Islands

8. Deutsche Bank AG New York

9. The Royal Bank of Canada

## **Schedule B**

1.  Centerbridge Partners L.P.

2.  Citigroup Financial Products, Inc.

3.  Citigroup Global Markets, Inc.

4.  Credit Suisse Loan Funding LLC

5.  Lorin Capital Management LLC

6.  Redwood Capital Management, LLC

7.  Strategic Value Master Fund Ltd.

8.  Strategic Value Opportunities Fund LP

9.  Strategic Value Special Situations Master Fund III LP

10. SVP Acquisitions LLC