AKIN GUMP STRAUSS HAUER &
FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
David M. Zensky
Erik Preis
Deborah J. Newman

*Counsel to the Second Lien Lender Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| SUNEDISON, INC., *et al.*, | : | Case No. 16-10992 (SMB) |
| | : | (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------------------- x

| | | |
|---|---|---|
| | : | |
| OFFICIAL COMMITTEE OF UNSECURED | : | Adversary Proceeding |
| CREDITORS, on behalf of the estates of the Debtors, | : | No. 16-01228 (SMB) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| WELLS FARGO BANK, N.A., *et al.*, | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------------- x

**SECOND LIEN LENDER DEFENDANTS' RESPONSE**
**TO THE ORDER TO SHOW CAUSE REGARDING REDACTED AND/OR SEALED**
**DOCUMENTS**

The Second Lien Lender Defendants,[1] by and through their undersigned attorneys, hereby

file this response to the Order to Show Cause directing parties to show cause why the

_____

[1] The Second Lien Lender Defendants are identified in the *Notices of Appearance and Requests for Service of All Pleadings and Documents* [AP Docs. 23 & 63].  Capitalized terms not defined herein have the meanings ascribed to them in the *Joint Memorandum of Law of the Second Lien Defendants in Support of Their Motion to*

1

information and documents that have been redacted and/or filed under seal in the above-
captioned adversary proceeding should not be unsealed.  *See Notice of Hearing on Order To
Show Cause* [AP Doc. 86] (the "Notice").

As set forth in the Notice, the following documents have been redacted and/or filed under
seal on the docket in the above-captioned adversary proceeding: *Adversary Complaint* [AP Docs.
1, 3]; *Amended Adversary Complaint* [AP Docs. 12, 13]; *Joint Memorandum of Law of the
Second Lien Defendants in Support of Their Motion to Dismiss* [AP Doc. 25]; *Plaintiff's
Omnibus Opposition to Defendants' Motions to Dismiss* [AP Docs. 35, 37]; *Declaration of
Deborah J. Newman in Further Support of the Second Lien Defendants' Motion to Dismiss* [AP
Doc. 45]; *Joint Reply of the Second Lien Defendants in Further Support of Their Motion to
Dismiss* [AP Doc. 46]; and *Prepetition First Lien Administrative Agent's and Lenders' Reply
Memorandum of Law in Further Support of Motion to Dismiss* [AP Doc. 47] (collectively, the
"Redacted and Sealed Documents").

The Second Lien Lender Defendants do not contest the unsealing of the Redacted and
Sealed Documents, with the exception of the portion of Exhibit D to the *Declaration of Deborah
J. Newman in Further Support of the Second Lien Defendants' Motion to Dismiss* [AP Doc. 45]
(the "Newman Reply Declaration") that includes tax identification, brokerage, and account
number information that is entitled to protection from disclosure under the Federal Rules of
Bankruptcy Procedure, and is not relevant to the matters at issue in the adversary proceeding. *See*
11 U.S.C. § 107(b); FED. R. BANKR. P. 9018; FED. R. BANKR. P. 9037 (providing for the
protection of tax identification numbers and account numbers); *see also In re Borders Grp., Inc.*,
462 B.R. 42, 48 (Bankr. S.D.N.Y. 2011).  Accordingly, the Second Lien Lender Defendants

---

*Dismiss* [AP Doc. 25] and the *Joint Reply of the Second Lien Defendants in Further Support of Their Motion to
Dismiss* [AP Doc. 46].

request authorization to file a replacement version of Exhibit D to the Newman Reply

Declaration that redacts this information and may be publicly filed on the docket.  The Second

Lien Lender Defendants have conferred with the Creditors' Committee, and understand that the

Creditors' Committee does not object to this request.[2]


Dated:        New York, New York
             March 17, 2017

                        AKIN GUMP STRAUSS HAUER & FELD LLP

                        By:    */s/ David M. Zensky*
                               David M. Zensky
                               Erik Preis
                               Deborah J. Newman
                               Akin Gump Strauss Hauer & Feld LLP
                               One Bryant Park
                               New York, New York 10036
                               (212) 872-1000 (Telephone)
                               (212) 872-1002 (Facsimile)
                               apreis@akingump.com
                               dzensky@akingump.com
                               djnewman@akingump.com

                        *Counsel to the Second Lien Lender Defendants*

---

[2] The Second Lien Lender Defendants understand the Order to Show Cause to apply only to the Redacted and Sealed Documents currently on the docket at AP Docket numbers 12, 13, 25, 35, 37, 45, 46, and 47.  In the event that the public disclosure of any additional documents designated as Confidential or Highly Confidential becomes an issue, the Second Lien Lender Defendants reserve their right to contest any such public disclosure or submit additional briefing respecting any such documents.